# Court of Appeals
# of the State of Georgia

ATLANTA,  April 14, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0499.  IN THE INTEREST OF A. B. et al., children.**

Appellee Georgia Department of Human Services, acting by and through the Douglas County Department of Family and Children Services, has submitted a motion to supplement the record.  Therein, Appellee requests this Court to order that unspecified "exhibits admitted into evidence at [a hearing, but] not included in the copy of the record[, be] forwarded to this Court from the Juvenile Court of Douglas County."  Appellee states that the exhibits are necessary to prepare its brief in this case, and that its appellate counsel is in the process of obtaining the exhibits from the counsel who participated in the proceedings below.  In the alternative, Appellee requests that this case be remanded back to the juvenile court for completion of the record.

It thus appears that supplementing the record as requested presents issues regarding which documents, in fact, are missing, whether any or all of such documents were filed and considered in the court below, and whether there exists originals, duplicate originals, or true and accurate copies thereof.

Given the foregoing, the Appellee's motion is GRANTED IN PART AND DENIED IN PART.  Accordingly, this case is REMANDED to the juvenile court to examine and allow the record to be supplemented in accordance with the provisions

1

of OCGA § 5-6-41 (f).  Upon resolution of such issues by the juvenile court, the clerk of the juvenile court shall transmit any balance of the record to this Court so that this case can be re-docketed.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,  04/14/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

2